UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK FAGUNDES,<br><br>        Appellant,<br><br>        v.<br><br>JESBIR BRAR, et al.,<br><br>        Appellees. | No. 2:14-cv-00864-MCE<br><br>**ORDER** |

On August 21, 2013, Appellant Patrick Fagundes ("Appellant") filed an adversary proceeding against Defendants JPMorgan Chase and Jesbir Brar ("Brar") in the U.S. Bankruptcy Court for the Eastern District of California.  See ECF No. 1, Case No. 2:13-ap-2261.  On March 26, 2014, Appellant filed a Notice of Appeal with the Bankruptcy Court.[1]  Brar elected to have the appeal heard by the U.S. District Court.[2]

///

///

---

[1] Appellant appears to be challenging the Bankruptcy Court's Orders denying Appellant's Motion to Recuse Judge Michael S. McManus and denying Appellant's Motion to Enter Default.  See ECF Nos. 124, 138, Case No. 2:13-ap-2261.

[2] This Court's previous order, ECF No. 6, directing Appellant to show cause as to why this matter should not be dismissed pursuant to Federal Rule of Civil Procedure 41 is VACATED.  The parties are directed to disregard the Court's June 4, 2014 Minute Orders, ECF Nos. 5-6, which were docketed in error.

A review of the bankruptcy docket in adversary proceeding 2:13-ap-2261 indicates that the underlying action is ongoing.[3]  Pursuant to Local Rule 145(b), this matter is PARTIALLY REMANDED to the Bankruptcy Court for a recommendation concerning the finality of the judgment(s), order(s) or decree(s) from which Appellant Patrick Fagundes seeks relief.  See ECF Nos. 124, 138, Case No. 2:13-ap-2261.  If the Bankruptcy Court advises the District Court that the judgment, order or decree is not final but interlocutory, the Bankruptcy Court shall make a recommendation to the District Court whether leave to appeal should be granted.  See E.D. Cal. Local Rules 145.

As set forth above, this matter is PARTIALLY REMANDED to the Bankruptcy Court.  The Clerk of the Court SHALL SERVE a copy of this order on the United States Bankruptcy Court, Eastern District of California, for filing on the docket for adversarial proceeding Patrick Fagundes v. JPMorgan Chase, et. al., Case No. 2:13-ap-2261.

IT IS SO ORDERED.

Dated:  June 24, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[3] A status conference regarding Appellant's Complaint is currently set for August 20, 2014.  See ECF No. 145, 2:13-ap-2261.